**FILED**
JUL 13 2015

CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SIOUX FALLS DIVISION

| | | |
|---|---|---|
| William M. Windsor | § | |
|    Plaintiff, | § | |
| v. | § | CASE NO. 15-cv-4118 |
| Ginger Snap, et al, | § | |
|    Defendants | § | |

## MOTION FOR CLARIFICATION OF FILING METHOD

Now comes William M. Windsor ("William M. Windsor" or "Windsor") and files this "Motion for Clarification of Filing Method," and shows the Court as follows:

1. On July 1, 2015, this Court received William M. Windsor's Request for Leave to file Verified Petition for a Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction.

2. The Clerk of Court filed this as a civil lawsuit, but this was clearly a request for leave to file. William M. Windsor submitted the $46 miscellaneous filing fee that he was asked to pay for a request for leave in another district. The Clerk is asking for $400 for the filing of the civil lawsuit. William M. Windsor will pay that, but he feels he should not have to pay until this Court grants leave or orders that leave is not required.

WHEREFORE, William M. Windsor prays that this Court will order that the Request for Leave will be resolved by the Court first and that William M. Windsor will not be required to pay the civil lawsuit filing fee until the request for leave is granted or orders that leave is not required; and grant such further relief as the Court feels is appropriate.

This 7th day of July 2015,

*[signature]*

**William M. Windsor**

110 E Center Street #1213 * Madison, South Dakota 57042 *
bill@billwindsor.com * 770-578-1094

## CERTIFICATE OF COMPLIANCE

I hereby certify that this pleading has been prepared in Times New Roman 14-point font, one of the font and point selections approved by this Court.

This 7th day of July 2015,

*[signature]*

**William M. Windsor**

110 E Center Street #1213 * Madison, South Dakota 57042 *
bill@billwindsor.com * 770-578-1094

2