# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3702
_____

William M. Windsor

Plaintiff - Appellant

v.

Ginger Snap; Yappy; Ollie Reader; OReader; Nothingbettertodotoday; John Smith; tinyfeetnhands; Petunia Snodgrass; Roo; lawlessnomore; Windsor Sluggo; Spamanon; Ninja; Windsor Whisperer; Pepper Miller; The Trooth; Hawaii Corruption; Life in Pearce County; Allie Gate; Petunia Pigg; Jet Blanco; Jay Roland; Oceans; Spawn; Khaki Jackson; Jay Sutter; Pie Man Zombie Hunter; Julia Focker; LT; Anita P Ness; Jennifer; MelMel; Meme; Sue Marie; Sue Meh; Sarah Crocker; Spammy; Liz Ardpie; Attorney; Beatrix Kiddo; ColdiCase; Bob Cookout; Bob Lookout; Jane Doe; Anonymous; Joey Does 1-1000

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:15-mc-00098-LLP)
_____

## JUDGMENT

Before GRUENDER, BOWMAN and KELLY, Circuit Judges.

    This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

March 25, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans